AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Graham, James L | U.S. District Court, SD/OH | 05/04/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Senior | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 169 Joseph P. Keinnery U.S. CH<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2007 MAY 11 A 9:32
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/04/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farm Credit of Mid America FLCA | Mortgage on Farm land-owned by ▮▮▮▮▮ Partnership-Item 3-Part VII | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Apartment Bldgs-Gahanna, OH Acq.-04/05/02 Cost 416,450 | F | Rent | O | R | | | | | |
| 2. Single Family Home-Dublin, OH Acq.-01/05/00 Cost 255,180 | A | Rent | N | R | | | | | |
| 3. ▓▓▓▓ Partnership - Farm Land | D | Rent | O | Q | | | | | |
| 4. Huntington National Bank-Checking & Savings Accounts | B | Interest | J | T | | | | | |
| 5. Gold & Silver Coins | | None | K | T | | | | | |
| 6. Assets held in Merrill Lynch Brokerage Account # 1: | | | | | | | | | |
| 7. Merrill Lynch Bank USA | C | Interest | L | T | | | | | |
| 8. Merrill Lynch Bank & Trust FSB | C | Interest | K | T | Buy | 01/18 | K | | |
| 9. First Federal Bank of California - Certificate of Deposit | C | Interest | L | T | Redemption | 01/18 | L | | |
| 10. Managed Muny Portfolio, Inc. - Closed End Fund | C | Interest | L | T | Sell | 10/10 | L | | |
| 11. Western Asset Managed Muns Fd-Formerly Managed Muny Port. | A | Interest | L | T | Buy | 10/10 | L | | |
| 12. Lorian Ohio Swr Sys - 5.1% Due 04/01/06 | A | Interest | K | T | Redemption | 04/01 | K | | |
| 13. Ohio St.Hwy Cap Impr - 4.25% Due 05/01/06 | A | Interest | K | T | Redemption | 05/01 | K | | |
| 14. Franklin Cty,OH Reverside Meth Hosp - 5.6% Due 05/15/06 | B | Interest | L | T | Redemption | 05/15 | L | | |
| 15. Ohio HSG Res Mtg Rev - 4.9% Due 09/01/06 | B | Interest | K | T | Redemption | 09/01 | K | | |
| 16. Ohio HSG Res Mtg Rev -3.45% Due 09/01/06 | B | Interest | K | T | Redemption | 09/01 | K | | |
| 17. Ohio HSG Res Mtg Rev -4.7% Due | B | Interest | K | T | Redemption | 09/01 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 09/01/06 | | | | | | | | | |
| 18.  Ohio HSG Res Mtg GNMA - 5.55% Due 09/01/07 | A | Interest | J | T | | | | | |
| 19.  Ohio St WTR DEV Auth - 5.25% Due 06/01/11 | C | Interest | L | T | | | | | |
| 20.  Portage Cty OH MBIA - 5.25% Due 12/01/17 | C | Interest | K | T | | | | | |
| 21.  Ohio St Bldg Auth Adult Corr - 5.25% Due 10/01/18 | B | Interest | K | T | | | | | |
| 22.  Cleveland OH City SD Impr - 6% Due 12/01/06 | A | Interest | K | T | Redemption | 12/01 | K | | |
| 23.  Toledo OH CAP IMPR D - 4% Due 12/01/18 | B | Interest | K | T | | | | | |
| 24.  Newark OH WTR SYS IMPT - 6.25% Due 12/01/07 | C | Interest | K | T | | | | | |
| 25.  Ohio ST Mental Hlth Cap - 5.25% Due 12/01/06 | C | Interest | L | T | Redemption | 12/01 | L | | |
| 26.  Olentangy Local SD - 3.25% Due 12/01/08 | B | Interest | L | T | | | | | |
| 27.  Ohio ST Site Dev - 3.35% Due 05/01/08 | A | Interest | L | T | Buy | 11/17 | L | | |
| 28.  Ohio ST Common Schools - 5% Due 06/15/09 | C | Interest | L | T | Buy | 02/06 | L | | |
| 29.  Ohio St Site Dev - 3.4% Due 05/01/11 | A | Interest | L | T | Buy | 11/17 | L | | |
| 30.  Ohio St Infrastructure - 5.75% Due 02/01/14 | A | Interest | K | T | Buy | 06/20 | K | | |
| 31.  Ohio St Bldg At Adult - 5.5% Due 10/01/09 | D | Interest | L | T | Buy | 06/20 | L | | |
| 32.  Assets held by Merrill Lynch in IRA # 1: | | | | | | | | | |
| 33.  Merrill Lynch Bank USA Money Market | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Account | | | | | | | | | |
| 34. CD GMAC BK Midvale UT - 5% Due 04/09/09 | C | Interest | L | T | Buy | 04/03 | L | | |
| 35. CD R-G Premier Bank PR - 3.9% Due 07/13/07 | B | Interest | K | T | | | | | |
| 36. CD Flagstar Bank FSB - 3.9% Due 07/13/07 | B | Interest | K | T | | | | | |
| 37. CD BMW BK of North America - 5.35% Due 07/06/09 | B | Interest | K | T | Buy | 0626 | K | | |
| 38. DN Rabobank Natl Assoc - 5% Due 10/19/09 | C | Interest | L | T | Buy | 03/27 | L | | |
| 39. Federal Natl Mtg Assoc - Various Int. rates - Due 12/30/09 | B | Interest | K | T | | | | | |
| 40. Federal Natl Mtg Assoc - Various Int. rates - Due 03/24/11 | C | Interest | L | T | | | | | |
| 41. DaimlerChrysler NA Hldg - 6.1% Due 07/15/09 | C | Interest | K | T | Buy | 07/10 | K | | |
| 42. HSBC Finance Corp - 5.7% Due 07/15/09 | C | Interest | K | T | Buy | 06/30 | K | | |
| 43. Genl Motors Accept Corp - 5% Due 09/15/09 | B | Interest | K | T | | | | | |
| 44. Ford Motor Credit Co - 5% Due 09/21/06 | B | Interest | K | T | | | | | |
| 45. Capital One F.S.B. CD - Due 05/30/06 | A | Interest | K | T | Redemption | 05/30 | K | | |
| 46. MBNA Bank of P.R. CD - Due 05/30/06 | A | Interest | K | T | Redemption | 05/30 | K | | |
| 47. Ford Motor Credit Note - Due 06/20/06 | A | Interest | K | T | Redemption | 06/20 | K | | |
| 48. Genl Motors Accept Corp - Due 06/15/06 | A | Interest | K | T | Redemption | 06/15 | K | | |
| 49. First Fed Bk Calif - CD Due 01/18/06 | B | Interest | K | T | Redemption | 01/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. Compass Bank - CD Due 03/08/06 | B | Interest | K | T | Redemption | 03/08 | K | | |
| 51. Cole Taylor Bank - CD Due 03/23/06 | C | Interest | L | T | REdemption | 03/23 | L | | |
| 52. Astropower, Inc. | | None | | T | | | | | |
| 53. Ballard Power Systems, Inc. | | None | J | T | | | | | |
| 54. Capstone Turbine Corp | | None | J | T | | | | | |
| 55. Electrosource, Inc. | | None | J | T | | | | | |
| 56. Energy Conversion Device | | None | J | T | | | | | |
| 57. Plug Power, Inc. | | None | J | T | | | | | |
| 58. Red Hat, Inc. | | None | J | T | | | | | |
| 59. VA software Corp. | | None | J | T | | | | | |
| 60. NASDAQ 100 Mutual Fund | A | Dividend | J | T | | | | | |
| 61. Assets held by Merrill Lynch in IRA # 2: | | | | | | | | | |
| 62. Merrill Lynch Bank USA Money Market Fund | A | Interest | J | T | | | | | |
| 63. Medallion Bank CD -Due 07/14/06 | A | Interest | K | T | Redemption | 07/14 | K | | |
| 64. Washington Mutual Bk CD (formerly Providian) CD due 0716/07 | B | Interest | K | T | | | | | |
| 65. Premier Bk Cd - 4.95% Due 09/02/08 | B | Interest | K | T | Buy | 08/22 | K | | |
| 66. Assets held in Merrill Lynch Brokerage | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Account #2: | | | | | | | | | |
| 67. Merrill Lynch Bank USA Money Market Fund | A | Interest | J | T | | | | | |
| 68. Eaton Vance OH Tax Exempt Mutual Fund | A | Interest | K | T | | | | | |
| 69. Assets held by Fifth Third Securities, Inc. IRA #3 Acct: | | | | | | | | | |
| 70. AIM Constellation Class A Mutual Fund | A | Dividend | K | T | | | | | |
| 71. Assets held in Merrill Lynch Brokerage Account #3: | | | | | | | | | |
| 72. Merrill Lynch Bank USA Money Market Fund | A | Interest | J | T | | | | | |
| 73. Note Receivable-Benevolent Landlord | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 1, line 3: The date of the appraisal was June 30, 1992 with an valuation date of December 22, 1991.

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L | 05/04/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▨▨▨▨▨▨▨▨▨▨▨▨    Date ✓ _May 7 2007_

NOTE: A▨▨▨▨▨▨▨▨LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRI▨▨

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544